893 A.2d 67

**BROWNING–FERRIS INDUSTRIES, INC., New Morgan Landfill Company, Inc., and Conestoga Landfill**

v.

**DEPARTMENT OF ENVIRONMENTAL PROTECTION.**

Robeson Township, Intervenor

Lisa and Steven Giordano, Intervenors

**Petition of Lisa and Steven Giordano, Intervenors.**

Supreme Court of Pennsylvania.

Feb. 7, 2006.

## ORDER

PER CURIAM.

AND NOW, this 7th day of February 2006, the Petition for Allowance of Appeal is GRANTED limited to the following issue:

Whether a "mere scintilla" of proof is sufficient to meet the regulatory requirement of 25 Pa.Code § 271.127(c) that the benefits of the proposed operation of a municipal waste landfill must "clearly outweigh the known and potential environmental harms."